UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ARTHUR MULLINS,

     Plaintiff,

                                      Case No. 19-cv-10372

v.                                     Hon. Matthew F. Leitman

FORD MOTOR COMPANY;
and BRIAN BUTCHER, an individual,

     Defendants.

_____

### STIPULATED ORDER STRIKING THE COMPLAINT IN PART
### AND DISMISSING THE COMPLAINT IN PART

**WHEREAS** Plaintiff Arthur Mullins filed his Complaint on December 13, 2018, which was removed to this Court on February 6, 2019;

**WHEREAS** Mr. Mullins was deposed on June 27, 2019;

**WHEREAS** Mr. Mullins's complaint contains allegations of alleged harassment and retaliation by co-worker Krystal Pierrie due to her allegedly spreading "false" rumors that Mullins was in a relationship with an unnamed co-worker;

**WHEREAS** Mr. Mullins admitted at deposition that he had, in fact, been in a relationship with that co-worker, Shalisa Lee, and thus the alleged statements by Pierrie would not have been false;

**WHEREAS** Ms. Lee—represented by the same counsel as Mr. Mullins in a separate lawsuit against Ford pending in Wayne County Circuit Court—agreed to dismiss similar claims related to Ms. Pierrie, in order to resolve Ford's planned motion to strike and for sanctions in that court;

**WHEREAS** the parties in this case have agreed to a similar resolution with respect to Mr. Mullins's nearly-identical allegations regarding Ms. Pierrie's alleged conduct, without the need for Ford to file a motion; and

This matter having come before this Court pursuant to the stipulation of the parties by their undersigned counsel, and the Court being otherwise fully informed:

**IT IS HEREBY ORDERED** that:

1.       The Court **STRIKES** Paragraphs 15-19, 22-24, 30, and 35 of Plaintiff's Complaint.

2.       Counts I and II of Plaintiff's Complaint are **DISMISSED WITH PREJUDICE.**

**IT IS SO ORDERED.**

/s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated:  August 21, 2019

-2-

The above order is stipulated as to form and content:

RASOR LAW FIRM, PLLC       KIENBAUM HARDY VIVIANO
PELTON & FORREST, P.L.C.


By: s/ *Andrew J. Laurila with consent*   By: s/ *Thomas J. Davis*
   James B. Rasor (P43476)       Elizabeth Hardy (P37426)
   Andrew J. Laurila (P78880)    Thomas J. Davis (P78626)
Attorneys for Plaintiff          Sarah L. Nirenberg (P77560)
201 E. Fourth St.             Attorneys for Defendants
Royal Oak, MI  48067        280 N. Old Woodward Ave., Ste. 400
(248) 543-9000             Birmingham, MI  48009
jbr@rasorlawfirm.com        (248) 645-0000
ajl@rasorlawfirm.com        ehardy@khvpf.com
                         tdavis@khvpf.com
                         snirenberg@khvpf.com


Dated:  August 27, 2019        Date:  August 27, 2019


340082