# EXHIBIT 25

**Watson, Maria (M.N.)**

| | |
|---|---|
| **From:** | Santioni, Patricia (P.) |
| **Sent:** | Tuesday, June 05, 2018 11:37 AM |
| **To:** | O'Reilly, Ashlie (A.R.) |
| **Cc:** | Palmer, Lois (L.A.); Watson, Maria (M.N.); O'Connell, Janet (J.L.) |
| **Subject:** | RE: USPS® Schedule a Redelivery 9214890188272800027282 |

Ladies as of today 6/5/2018 I have not received the returned Certified I put a call in to the manager with Greenfield post office she is working to get the certified return to her personal and she will forward to me ASAP ! Thank you

Patricia Santioni, CSA
O: 313-322-0050
Central Mailroom-GN-125
16800 Executive Plaza Drive, Dearborn, MI 48126
psantio1@ford.com
www.novitex.com | About Novitex


exela TECHNOLOGIES  Technology  Insight  Innovation

Please consider the environment before printing or forwarding this email. If you do print this email, please recycle the paper.

This email message may contain confidential, proprietary and/or privileged information. It is intended only for the use of the intended recipient(s). If you have received it in error, please immediately advise the sender by reply email and then delete this email message. Any disclosure, copying, distribution or use of the information contained in this email message to or by anyone other than the intended recipient is strictly prohibited. Any views expressed in this message are those of the individual sender, except where the sender specifically states them to be the views of the Company.

**From:** Watson, Maria (M.N.)
**Sent:** Wednesday, May 30, 2018 4:54 PM
**To:** Santioni, Patricia (P.) <psantio1@ford.com>
**Cc:** Palmer, Lois (L.A.) <lpalmer6@ford.com>; O'Reilly, Ashlie (A.R.) <aoreill6@ford.com>; Watson, Maria (M.N.) <mgarza3@ford.com>
**Subject:** RE: USPS® Schedule a Redelivery 9214890188272800027282

1

Hi Patricia,

Do you have any update on this? We need to know where the package currently resides and how many attempts were made to deliver to him (including when, and the outcome of each).

Thanks.

Regards,

*Maria Watson*
Labor Relations Supervisor
Dearborn Stamping (DSP) & Dearborn Diversified Manufacturing (DDMP) Plants
(T) 313-390-4825 / (F) 313-845-9303

https://it1.spt.ford.com/sites/DearbornConsolidated/DSP/DSPLR/Labor%20Relations%20Documents/Forms/AllItems.aspx

**From:** Watson, Maria (M.N.)
**Sent:** Tuesday, May 29, 2018 2:44 PM
**To:** Santioni, Patricia (P.) <psantio1@ford.com>
**Cc:** Watson, Maria (M.N.) <mgarza3@ford.com>
**Subject:** RE: USPS® Schedule a Redelivery 9214890188272800027282

Hi Patricia,

I checked again this morning. I do not see another delivery attempt or that the recipient accepted or picked up the package. Can you please ask them to check again?

Thanks.

2

Ford/Mullins 01208

https://tools.usps.com/go/TrackConfirmAction?tLabels=9214890... USPS.com® - USPS Trackin... ×

# USPS.COM®

| Quick Tools | Mail & Ship | Track & Manage | Post |

ALERT: AS OF APRIL 30, USPS.COM NO LONGER SUPPORTS OUTDATED BROWSERS. TO CONTINUE ACCESS

## USPS Tracking®

Track Another Package +

Tracking Number: 9214890188272800027282

This is a reminder to arrange for redelivery of your item or your item will be returned to sender.

**On Time**

Status

**Delivery Attempt**
Reminder to Schedule Re



**Delivery Attempt**

3

Ford/Mullins 01209

**From:** Santioni, Patricia (P.)
**Sent:** Friday, May 25, 2018 10:15 AM
**To:** Watson, Maria (M.N.) <mgarza3@ford.com>
**Subject:** RE: USPS® Schedule a Redelivery 9214890188272800027282

Per post Office Contac person Rose said Delivering was done on the 5/16/2018 again no answer @ the door to sign there was a notice left , therefore it will be returned if the customer doesn't come in or ask to have it redeliver buy 5/26/2018 2 pm, but being a Holiday it will be return to us (Ford) on the 30 th or 31 being when post office process the return !

**Patricia Santioni, CSA**
O: 313-322-0050
Central Mailroom-GN-125
16800 Executive Plaza Drive, Dearborn, MI 48126
psantio1@ford.com
www.novitex.com | About Novitex



**exela** TECHNOLOGIES   Technology Insight Innovation

Please consider the environment before printing or forwarding this email If you do print this email, please recycle the paper

This email message may contain confidential, proprietary and/or privileged information. It is intended only for the use of the intended recipient(s). If you have received it in error, please immediately advise the sender by reply email and then delete this email message. Any disclosure, copying, distribution or use of the information contained in this email message to or by anyone other than the intended recipient is strictly prohibited. Any views expressed in this message are those of the individual sender, except where the sender specifically states them to be the views of the Company.

**From:** Watson, Maria (M.N.)
**Sent:** Friday, May 25, 2018 10:05 AM
**To:** Santioni, Patricia (P.) <psantio1@ford.com>
**Cc:** Watson, Maria (M.N.) <mgarza3@ford.com>
**Subject:** RE: USPS® Schedule a Redelivery 9214890188272800027282

Hi Patricia,

It does not look like they have attempted to reschedule delivery. Can you please assist with rescheduling delivery?

Regards,
*Maria Watson*
Labor Relations Supervisor
Dearborn Stamping (DSP) & Dearborn Diversified Manufacturing (DDMP) Plants
(T) 313-390-4825 / (F) 313-845-9303

https://it1.spt.ford.com/sites/DearbornConsolidated/DSP/DSPLR/Labor%20Relations%20Documents/Forms/AllItems.aspx

**From:** Watson, Maria (M.N.)
**Sent:** Friday, May 25, 2018 9:19 AM
**To:** Santioni, Patricia (P.) <psanto1@ford.com>
**Cc:** Watson, Maria (M.N.) <mgarza3@ford.com>
**Subject:** RE: USPS® Schedule a Redelivery 9214890188272800027282

Hi Patricia,

I am unable to see what the status of this package is? Can you please assist?

Thank you!

Regards,
*Maria Watson*
Labor Relations Supervisor
Dearborn Stamping (DSP) & Dearborn Diversified Manufacturing (DDMP) Plants
(T) 313-390-4825 / (F) 313-845-9303

https://it1.spt.ford.com/sites/DearbornConsolidated/DSP/DSPLR/Labor%20Relations%20Documents/Forms/AllItems.aspx

**From:** Santioni, Patricia (P.)
**Sent:** Tuesday, May 22, 2018 2:25 PM
**To:** Watson, Maria (M.N.) <mgarza3@ford.com>
**Subject:** RE: USPS® Schedule a Redelivery 9214890188272800027282

5

Ford/Mullins 01211

No they will resend out

**From:** Watson, Maria (M.N.)
**Sent:** Tuesday, May 22, 2018 1:58 PM
**To:** Santioni, Patricia (P.) <psantio1@ford.com>
**Cc:** Watson, Maria (M.N.) <mgarza3@ford.com>
**Subject:** FW: USPS® Schedule a Redelivery 9214890188272800027282

Hi Patricia,

This does not mean they are waiting for me to reschedule the delivery right? The package is supposed to go to an employee's home.

Please advise, thanks.

Regards,
*Maria Watson*
Labor Relations Supervisor
Dearborn Stamping (DSP) & Dearborn Diversified Manufacturing (DDMP) Plants
(T) 313-390-4825 / (F) 313-845-9303

https://it1.spt.ford.com/sites/DearbornConsolidated/DSP/DSPLR/Labor%20Relations%20Documents/Forms/AllItems.aspx

**From:** auto-reply@usps.com <auto-reply@usps.com>
**Sent:** Tuesday, May 22, 2018 1:01 PM
**To:** Watson, Maria (M.N.) <mgarza3@ford.com>
**Subject:** USPS® Schedule a Redelivery 9214890188272800027282



Hello watson,

Ford/Mullins 01212

Ford/Mullins 01213

Sorry we missed you! Schedule a redelivery to receive your package.

If this item is unclaimed by May 26, 2018 then it will be returned to sender.

Tracking Number: 9214890188272800027282

Schedule a Redelivery



**Schedule a Redelivery**

My Account

Visit USPS Tracking® to check the most up-to-date status of your package. Sign up for Informed Delivery® to digitally preview the address side of your incoming letter-sized mail and manage your packages scheduled to arrive soon! To update how frequently you receive emails from USPS, log in to your USPS.com account.

Want regular updates on your package? Set up text alerts.



**INFORMED DELIVERY®**
Sign up to view your mail online or via email.



7

Download USPS Mobile®

 

USPS.com | Privacy Policy | Customer Service | FAQs

Delivery date and time depends on origin, destination and Post Office™ acceptance time and is subject to change. Delivery options are subject to restrictions and may not be available for your item.

This is an automated email; please do not reply to this message. This message is for the designated recipient only and may contain privileged, proprietary, or otherwise private information. If you have received it in error, please delete. Any other use of the email by you is prohibited.

Copyright © 2017. All rights reserved.

8

Ford/Mullins 01214

**Watson, Maria (M.N.)**

| | |
|---|---|
| **From:** | Santioni, Patricia (P.) |
| **Sent:** | Friday, May 25, 2018 10:15 AM |
| **To:** | Watson, Maria (M.N.) |
| **Subject:** | RE: USPS® Schedule a Redelivery 9214890188272800027282 |

Per post Office Contac person Rose said Delivering was done on the 5/16/2018 again no answer @ the door to sign there was a notice left , therefore it will be returned if the customer doesn't come in or ask to have it redeliver buy 5/26/2018 2 pm, but being a Holiday it will be return to us (Ford) on the 30 th or 31 being when post office process the return !

Patricia Santioni, CSA
O: 313-322-0050
Central Mailroom-GN-125
16800 Executive Plaza Drive, Dearborn, MI 48126
psantio1@ford.com
www.novitex.com | About Novitex



**exela TECHNOLOGIES**  Technology Insight Innovation

Please consider the environment before printing or forwarding this email. If you do print this email, please recycle the paper.

This email message may contain confidential, proprietary and/or privileged information. It is intended only for the use of the intended recipient(s). If you have received it in error, please immediately advise the sender by reply email and then delete this email message. Any disclosure, copying, distribution or use of the information contained in this email message to or by anyone other than the intended recipient is strictly prohibited. Any views expressed in this message are those of the individual sender, except where the sender specifically states them to be the views of the Company.

**From:** Watson, Maria (M.N.)
**Sent:** Friday, May 25, 2018 10:05 AM
**To:** Santioni, Patricia (P.) <psantio1@ford.com>
**Cc:** Watson, Maria (M.N.) <mgarza3@ford.com>
**Subject:** RE: USPS® Schedule a Redelivery 9214890188272800027282

1

Hi Patricia,

It does not look like they have attempted to reschedule delivery. Can you please assist with rescheduling delivery?

Regards,

*Maria Watson*
Labor Relations Supervisor
Dearborn Stamping (DSP) & Dearborn Diversified Manufacturing (DDMP) Plants
(T) 313-390-4825 / (F) 313-845-9303

https://it1.spt.ford.com/sites/DearbornConsolidated/DSP/DSPLR/Labor%20Relations%20Documents/Forms/AllItems.aspx

**From:** Watson, Maria (M.N.)
**Sent:** Friday, May 25, 2018 9:19 AM
**To:** Santioni, Patricia (P.) <psantio1@ford.com>
**Cc:** Watson, Maria (M.N.) <mgarza3@ford.com>
**Subject:** RE: USPS® Schedule a Redelivery 9214890188272800027282

Hi Patricia,

I am unable to see what the status of this package is? Can you please assist?

Thank you!

Regards,

*Maria Watson*
Labor Relations Supervisor
Dearborn Stamping (DSP) & Dearborn Diversified Manufacturing (DDMP) Plants
(T) 313-390-4825 / (F) 313-845-9303

https://it1.spt.ford.com/sites/DearbornConsolidated/DSP/DSPLR/Labor%20Relations%20Documents/Forms/AllItems.aspx

2

Ford/Mullins 01216

Ford/Mullins 01217

From: Santioni, Patricia (P.)
Sent: Tuesday, May 22, 2018 2:25 PM
To: Watson, Maria (M.N.) <mgarza3@ford.com>
Subject: RE: USPS® Schedule a Redelivery 9214890188272800027282

No they will resend out

From: Watson, Maria (M.N.)
Sent: Tuesday, May 22, 2018 1:58 PM
To: Santioni, Patricia (P.) <psantio1@ford.com>
Cc: Watson, Maria (M.N.) <mgarza3@ford.com>
Subject: FW: USPS® Schedule a Redelivery 9214890188272800027282

Hi Patricia,

This does not mean they are waiting for me to reschedule the delivery right? The package is supposed to go to an employee's home.

Please advise, thanks.

Regards,
*Maria Watson*
Labor Relations Supervisor
Dearborn Stamping (DSP) & Dearborn Diversified Manufacturing (DDMP) Plants
(T) 313-390-4825 / (F) 313-845-9303

https://lt1.spt.ford.com/sites/DearbornConsolidated/DSP/DSPLR/Labor%20Relations%20Documents/Forms/AllItems.aspx

From: auto-reply@usps.com <auto-reply@usps.com>
Sent: Tuesday, May 22, 2018 1:01 PM
To: Watson, Maria (M.N.) <mgarza3@ford.com>
Subject: USPS® Schedule a Redelivery 9214890188272800027282

3

Ford/Mullins 01218



Hello **watson**,

Sorry we missed you! Schedule a redelivery to receive your package.

If this item is unclaimed by May 26, 2018 then it will be returned to sender.

Tracking Number: 9214890188272800027282

**Schedule a Redelivery**



**Schedule a Redelivery**

My Account

Visit USPS Tracking® to check the most up-to-date status of your package. Sign up for Informed Delivery® to digitally preview the address side of your incoming letter-sized mail and manage your packages scheduled to arrive soon! To update how frequently you receive emails from USPS, log in to your USPS.com account.

Want regular updates on your package? Set up text alerts.

Ford/Mullins 01219



    

Download USPS Mobile®

USPS.com | Privacy Policy | Customer Service | FAQs

Delivery date and time depends on origin, destination and Post Office™ acceptance time and is subject to change. Delivery options are subject to restrictions and may not be available for your item.

This is an automated email; please do not reply to this message. This message is for the designated recipient only and may contain privileged, proprietary, or otherwise private information. If you have received it in error, please delete. Any other use of the email by you is prohibited.

Copyright © 2017. All rights reserved.

5