# EXHIBIT 26

**Watson, Maria (M.N.)**

| | |
|---|---|
| From: | O'Reilly, Ashlie (A.R.) |
| Sent: | Thursday, June 07, 2018 11:45 AM |
| To: | Watson, Maria (M.N.); Hodges, Jeffery (J.L.) |
| Cc: | O'Reilly, Ashlie (A.R.) |
| Subject: | A. Mullins |
| Sensitivity: | Confidential |

Today, Maria Watson, Jeff Hodges and I were in Maria's office having a meeting regarding the upcoming shutdown. Maria went to help someone at the Labor Relations door, and came back and said Mr. Mullins was at the door, stating he was there to report to work. After discussing with me, Maria provided Mr. Mullins with a copy of the letter that was sent to him earlier in May, and told him that he needed to comply with the letter prior to reporting back to work. Mr. Mullins kept asking her if he had to go through medical, and Maria kept repeating he had to comply with one of the three methods on the letter to report. Early in the conversation, I heard Maria tell Mr. Mullins that he was not authorized to record the conversation and he said he was not. Mr. Mullins asked for the contact information for Unicare, and Maria made a copy of the instructions. At that point I told Maria she needed to indicate to Mr. Mullins that he was already outside of the time limits to comply, so he was given until COB on Friday, June 8 to comply or he MAY face termination. Maria conveyed that information directly (and verbatim) to Mr. Mullins.

I heard this as I was in Maria's office by her door. Mr. Hodges was seated at the table inside of Maria's office.

Mr. Mullins kept trying to ask some type of question, and Maria kept repeating that he needed to comply with the letter. Eventually he left and security was contacted.

Ashlie

*Ashlie O'Reilly*

HR Manager
Dearborn Stamping and Dearborn Diversified
Ford Motor Company
Desk: 313.390.3106
Cell: 313.333.9034
aoreill6@ford.com

1