# EXHIBIT 27

. (S.)

|  | Turner, Veronica (V.) |
|---|---|
|  | Wednesday, June 13, 2018 7:50 AM |
| To: | Fiolek, Scott (S.) |
| Subject: | FW: DSP - Termination notice |

From: Joseph, Shine (.)
Sent: Tuesday, June 12, 2018 4:05 PM
To: Case, Jeffrey (J.S.) <jcase2@ford.com>; Czarniowski, Eric (E.J.) <eczarnio@ford.com>; Rinehart, Darrell (D.J.) <drinehar@ford.com>; Vespa, Gino (G.V.) <gvespa@ford.com>; Haddix, Kevin (K.L.) <khaddix@ford.com>
Cc: Watson, Maria (M.N.) <mgarza3@ford.com>; Butcher, Bryan (B.) <bbutche2@ford.com>; O'Reilly, Ashlie (A.R.) <aoreill6@ford.com>; Kujan, Larissa (L.) <LKUJAN@ford.com>; 'Hernandez, Ruby' <Ruby.Hernandez@anthem.com>; Payette, Art (A.) <apayette@ford.com>; 'Weathers, Kimberly M.' <kimberly.weathers@anthem.com>; 'Thon, Wanda' <Wanda.Thon@anthem.com>; Adams, Ralph (R.H.) <radams5@ford.com>; Turner, Veronica (V.) <vturne17@ford.com>; Turner, Pamela (P.A.) <PTURNE79@ford.com>; Serrian, Gail (G.L.) <gserrian@ford.com>; Lazaro, Ruben (R.M.) <rlazaro2@ford.com>
Subject: DSP - Termination notice

The following individuals have been terminated **effective 06-12-2018**



| GlobalID | Full Name (Last, First Middle) | Home DROT | Last Worked Date | Occ Name |
|---|---|---|---|---|
| 2008718 | Mullins, Arthur | 58343C | 5-13-2018 | In-Progression |

**ACTION REQUIRED:** Deactivate badge ASAP.

**Management** – Do not return this employee to work. Code "N" until employee falls off DROT.

**Medical** – Do not open a medical leave and please close any current leave that is open.

**Unicare** – Do not open or extend any medical leave without verifying with Ford Motor Company.

**Security** – Do not allow this employee access to any Ford site without approval from Labor Relations.

**ALL** – Do not disclose this information to anyone, direct anyone with questions on this matter to DDMP- Labor Relations.

Please do not post this information.

Thank you,