# EXHIBIT 28

**Watson, Maria (M.N.)**

**From:** Frank, Donna (D.M.)
**Sent:** Monday, June 04, 2018 3:36 PM
**To:** O'Reilly, Ashlie (A.R.); Watson, Maria (M.N.)
**Cc:** Shea, Johanna (E.); Frank, Donna (D.M.)
**Subject:** RE: Mullins_Notice to Report_6-1-18

You should be fine; use the 01 code and terminate him per the failure to meet the conditions outlined in the May 13th letter.

*Donna M. Frank*
**Ford Motor Company:** HRLO – Labor Affairs VO Assembly & Stamping Divisions
WHQ (605-E3) | Phone (313) 24-87904 | drawlin1@ford.com

**From:** O'Reilly, Ashlie (A.R.)
**Sent:** Monday, June 04, 2018 3:17 PM
**To:** Frank, Donna (D.M.) <drawlin1@ford.com>; Watson, Maria (M.N.) <mgarza3@ford.com>
**Cc:** Shea, Johanna (E.) <jshea1@ford.com>
**Subject:** RE: Mullins_Notice to Report_6-1-18

We can. We were just worried that we would be caught on a technicality by not doing the 10 day quit process.

*Ashlie O'Reilly*
HR Manager
Dearborn Stamping and Dearborn Diversified
Ford Motor Company
Desk: 313.390.3106
Cell: 313.333.9034
aoreill6@ford.com

**From:** Frank, Donna (D.M.)
**Sent:** Monday, June 04, 2018 3:15 PM
**To:** O'Reilly, Ashlie (A.R.) <aoreill6@ford.com>; Watson, Maria (M.N.) <mgarza3@ford.com>
**Cc:** Shea, Johanna (E.) <jshea1@ford.com>; Frank, Donna (D.M.) <drawlin1@ford.com>
**Subject:** RE: Mullins_Notice to Report_6-1-18

1

Ford/Mullins 01200

I remember we granted the pay for the gap, then we sent the notice to report letter May 13th as you indicate below. I attached the letter that I reviewed and provided input on last time (dates changed obviously). Why wouldn't we just terminate?

*Donna M. Frank*
**Ford Motor Company:** HRLO - Labor Affairs VO Assembly & Stamping Divisions
WHQ (605-E3) | Phone (313) 24-87904 | drawlin1@ford.com

**From:** O'Reilly, Ashlie (A.R.)
**Sent:** Monday, June 04, 2018 2:58 PM
**To:** Watson, Maria (M.N.) <mgarza3@ford.com>; Frank, Donna (D.M.) <drawlin1@ford.com>
**Cc:** O'Reilly, Ashlie (A.R.) <aoreill6@ford.com>; Shea, Johanna (E.) <jshea1@ford.com>
**Subject:** Mullins_Notice to Report_6-1-18

Please review the attached proposed letter to send to Arthur Mullins. He did not accept delivery of the letter we sent to him May 13, 2018. We would like this to be the "10 Day Quit Notice" that is sent to him. Our proposal is to send via registered mail and via Fed Ex.

Thanks,
Ashlie

*Ashlie O'Reilly*
HR Manager
Dearborn Stamping and Dearborn Diversified
Ford Motor Company
Desk: 313.390.3106
Cell: 313.333.9034
aoreill6@ford.com

Ford/Mullins 01201