UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ARTHUR MULLINS,

    Plaintiff,

v.

                                      Case No. 19-cv-10372
                                      Hon. Matthew F. Leitman

FORD MOTOR COMPANY and
BRIAN BUTCHER,

    Defendants.

_____/

## **ORDER VACATING ORDER TO SHOW CAUSE (ECF No. 35)**

On April 14, 2021, the Court issued an order to show cause why this action should not be remanded to the Wayne County Circuit Court. (*See* Order, ECF No. 35.) The Court explained that the sole remaining claims in this case are state-law claims arising under Michigan's Persons with Disabilities Civil Rights Act, Mich. Comp. Laws § 37.101 *et seq.*, and it directed the parties to explain why the Court should retain supplemental jurisdiction over those claims. (*See id.*)

Both parties responded to the show cause order and urged the Court to retain jurisdiction pursuant to the four-part test described in *Taylor v. First Am. Bank-Wayne*, 973 F.2d 1284, 1287-88 (6th Cir. 1992). (*See* Responses, ECF Nos. 36, 37.) The Court has carefully reviewed the parties' responses.  For the reasons explained

1

in both responses, the Court concludes that the factors described in *Taylor* support retaining jurisdiction over this action.

Accordingly, the Court **VACATES** its order to show cause (ECF No. 35) and will not remand this action to the Wayne County Circuit Court.  It will work with the parties to reschedule the hearing on the cross-motions for summary judgment.

**IT IS SO ORDERED**.

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated:  April 28, 2021

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on April 28, 2021, by electronic means and/or ordinary mail.

s/Holly A. Monda
Case Manager
(810) 341-9764