UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ARTHUR MULLINS,

    Plaintiff,

v.

FORD MOTOR COMPANY and
BRIAN BUTCHER,

    Defendants.
_____/

Case No. 19-cv-10372
Hon. Matthew F. Leitman

## **JUDGMENT**

In accordance with the Order Granting Defendants' Motion for Summary Judgment and Denying Plaintiff's Motion for Summary Judgment dated July 7, 2021,

**IT IS ORDERED AND ADJUDGED** that judgment is entered in favor of the Defendants and against Plaintiff.

                                            KINIKIA ESSIX
                                            CLERK OF COURT

                                  By:    s/Holly A. Monda
                                                  Deputy Clerk

Approved:

s/Matthew F. Leitman
MATTHEW F. LEITMAN           Dated: July 7, 2021
United States District Judge          Flint, Michigan