



280 N. Old Woodward
Suite 400
Birmingham, MI 48009
248.645.0000

48 S. Main Street
Suite 2
Mt. Clemens, MI 48043
586.469.1580
www.khvpf.com

July 1, 2021

**Via USPS Priority Mail**

Clerk of the Court
U.S. District Court for the
Eastern District of Michigan
231 W. Lafayette Blvd.
Detroit, Michigan  48226

   Re: *Arthur Mullins v. Ford Motor Company, et al.*
     Case No. 19-cv-10372

Dear Clerk:

  Enclosed please find for filing a flash-drive containing Exhibit L to Defendants' Motion of Summary Judgement. This exhibit is being filed in the traditional manner pursuant to Judge Leitman's Order dated June 30, 2021. A copy of that Order is enclosed.

  Also enclosed is a copy of the Notice of Filing Exhibit in the Traditional Manner that was filed as Dkt. 40.

  A flash drive containing the audio file has been sent directly to Judge Leitman in Flint. If you should have any questions, please contact our office.

               Very truly yours,

               Michelle R. Beveridge
               Legal Assistant to Thomas J. Davis

/mrb

Enc.

cc: Hon. Matthew F. Leitman (*via USPS Priority Mail*)
   Andrew J. Laurila (via *USPS Priority Mail*)

**Placed on shelf in records.**

| | |
|---|---|
| From: | cmecfadmin@mied.uscourts.gov |
| Sent: | Thursday, July 1, 2021 8:32 AM |
| To: | do_not_reply@mied.uscourts.gov |
| Subject: | Text-Only Order in 4:19-cv-10372-MFL-APP Mullins v. Ford Motor Company et al |

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.

***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

U.S. District Court

Eastern District of Michigan

## Notice of Electronic Filing

The following transaction was entered on 7/1/2021 at 8:31 AM EDT and filed on 7/1/2021
**Case Name:**         Mullins v. Ford Motor Company et al
**Case Number:**    4:19-cv-10372-MFL-APP
**Filer:**
**Document Number:** No document attached

**Docket Text:**
**TEXT-ONLY ORDER Granting [41] Ex Parte MOTION File Exhibit in Traditional Manner re [40] Notice (Other)** *Motion for Leave to File Exhibit in Traditional Manner. Signed by District Judge Matthew F. Leitman. (HMon)*

*4:19-cv-10372-MFL-APP Notice has been electronically mailed to:*

Andrew John Laurila     ajl@rasorlawfirm.com, agw@rasorlawfirm.com, srm@rasorlawfirm.com

Elizabeth P. Hardy     ehardy@khvpf.com, JHall@khvpf.com

Thomas J. Davis     tdavis@khvpf.com, mbeveridge@khvpf.com, tdavis@kohp.com

*4:19-cv-10372-MFL-APP Notice will not be electronically mailed to:*

1

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ARTHUR MULLINS,

    Plaintiff,

v.

FORD MOTOR COMPANY;
and BRIAN BUTCHER, an individual,

    Defendants.

Case No. 19-cv-10372

Hon. Matthew F. Leitman

Magistrate Judge Anthony P. Patti

---

### Notice of Filing Exhibit in the Traditional Manner

Please take notice that the undersigned has filed, per the Court's request, the June 2018 audio recording by Plaintiff Mullins of Maria Watson, to be part of the summary judgment record in this matter. Leave of the Court was granted on June 29, 2021 by the Court, which requested the audio be placed in the record.

The exhibits have been served in hard copy on all parties pursuant to federal and local rules.

    Respectfully submitted,

    By: /s/ *Thomas J. Davis*
       Thomas J. Davis (P78626)
    Attorneys for Defendants
    280 N. Old Woodward Ave., Ste. 400
    Birmingham, MI 48009
    (248) 645-0000
Dated:  June 30, 2021    tdavis@khvpf.com

## CERTIFICATE OF SERVICE

I hereby certify that on June 30, 2021, I electronically filed the foregoing document with the Clerk of the Court using the ECF system, which will send notification of such filing to all ECF participants.

/s/ *Thomas J. Davis*
Thomas J. Davis (P78626)
Kienbaum Hardy Viviano
Pelton & Forrest, P.L.C.
280 N. Old Woodward Ave., Ste. 400
Birmingham, MI 48009
(248) 645-0000
tdavis@khvpf.com





