UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ARTHUR MULLINS,

    Plaintiff,

v.

                                  Case No. 19-cv-10372
                                  Hon. Matthew F. Leitman

FORD MOTOR COMPANY and
BRIAN BUTCHER,

    Defendants.
_____/

## ORDER GRANTING DEFENDANTS' MOTION
## TO AMEND JUDGMENT (ECF No. 47)

On July 7, 2021, this Court entered a Judgment in favor of Defendants Ford Motor Company and Brian Butcher and against Plaintiff Arthur Mullins. (*See* Judgment, ECF No. 43.) Defendants thereafter submitted a bill of costs in the amount of $2,691.35. (*See* Bill of Costs, ECF No. 44.) The Clerk of the Court then taxed costs in that amount on July 15, 2021. (*See* Taxed Bill of Costs, ECF No. 45.) The Taxed Bill of Costs informed the parties that "**[a]fter the taxation clerk has taxed costs, counsel for either side may, within seven (7) days, file motions to review the clerk's action**." (*Id.*, PageID.945; emphasis in original). *See also* Fed. Rule Civ. Proc. 54(d)(1) (providing that a party has seven days to file a motion requesting a review of a clerk's entry of a taxed bill of costs). Neither Mullins nor counsel for Mullins filed a motion seeking review of the Taxed Bill of Costs.

1

On July 30, 2021, Defendants filed a motion to amend the Court's Judgment "to include the costs award of $2,691.35 in favor of Defendants." (Mot., ECF No. 47, PageID.953.)  Mullins has not responded to the motion.  Accordingly, due to Mullins' failure to file a motion seeking a review of the Taxed Bill of Costs, his failure to respond to Defendants' motion, and for all of the other reasons stated in Defendants' motion, the motion is **GRANTED**.  The Court will enter an Amended Judgment reflecting the amount of taxed costs awarded to Defendants.

    **IT IS SO ORDERED**.

                              s/Matthew F. Leitman  
                              MATTHEW F. LEITMAN  
                              UNITED STATES DISTRICT JUDGE

Dated:  October 22, 2021

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on October 22, 2021, by electronic means and/or ordinary mail.

                              s/Holly A. Monda  
                              Case Manager  
                              (810) 341-9764