UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ARTHUR MULLINS,

    Plaintiff,                                       Case No. 19-cv-10372
                                                          Hon. Matthew F. Leitman
v.

FORD MOTOR COMPANY and
BRIAN BUTCHER,

    Defendants.
_____/

## AMENDED JUDGMENT

In accordance with (1) the Order Granting Defendants' Motion for Summary Judgment and Denying Plaintiff's Motion for Summary Judgment dated July 7, 2021, and (2) the Order Granting Defendants' Motion to Amend Judgment dated October 22, 2021,

**IT IS ORDERED AND ADJUDGED** that judgment is entered in favor of the Defendants and against Plaintiff.

**IT IS FURTHER ORDERED AND ADJUDGED** that this judgment shall include $2,691.35 in taxed costs in favor of the Defendants.

                                          KINIKIA ESSIX
                                          CLERK OF COURT

                            By:    s/Holly A. Monda
                                          Deputy Clerk

Approved:

s/Matthew F. Leitman
MATTHEW F. LEITMAN                                        Dated: October 22, 2021
United States District Judge                              Flint, Michigan

1